United States District Court
Southern District of Texas
**ENTERED**
May 23, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LACEY and CHASE HOPPER, INDIVIDUALLY and PERSONAL REPRESENTATIVE OF THE ESTATE OF REVEL HOPPER, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-24-1200 |
| HEROES TECHNOLOGY (US) LLC d/b/a SNUGGLE ME ORGANIC and AUGUST RIVER CO., | § § § § | |
| Defendants, | § § | |

**FINAL JUDGMENT**

In accordance with the Order of Dismissal Without Prejudice for Failure to Allege Facts Showing Subject Matter Jurisdiction, this action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 23rd day of May, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE